UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-24124-CIV-MARTINEZ

BRIDLINGTON BUD LTD,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO FOUR DEFENDANTS

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendants 4, 5, 6, and 9. (ECF No. 25). Having reviewed the record and being otherwise fully advised, it is

**ORDERED and ADJUDGED** that this action is **DISMISSED without prejudice** as to Defendants 4 (22Q5C); 5 (VividNest Creations); 6 (rongminhang); and 9 (COCOTINA.LI) only. This Order shall have no effect on the remaining Defendants. Each Party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of December 2025.

_____
    RODOLFO A. RUIZ II for
    JOSE E. MARTINEZ
    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record