UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-24124-CIV-MARTINEZ/Sanchez

**BRIDLINGTON BUD LTD.,**

      Plaintiff,

v.

**THE PARTNERSHIPS,
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"**

      Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      **THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction (the "Motion"), (ECF No. 19). (ECF No. 20). Magistrate Judge Sanchez filed an R&R recommending that the Motion be granted and that a preliminary injunction be entered. (ECF No. 27). The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R, (ECF No. 27), is **AFFIRMED** and **ADOPTED**. Further, it is:

      **ADJUDGED** that Plaintiff's Motion for Preliminary Injunction, (ECF No. 19), is **GRANTED** as set forth in the R&R. Due to the present procedural posture of this case, the Clerk is **DIRECTED** to **UNSEAL** all previously sealed filings and orders in this case.

      **DONE AND ORDERED** in Miami, Florida, this 29 day of December, 2025.

                                                          JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record